# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CASELAS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**HEARTLAND PAYMENT SYSTEMS, LLC,**<br><br>Defendant | Case No. 2:22-cv-0090 JRG-RSP<br><br>Consolidated Lead Case |

## JOINT MOTION FOR ENTRY OF PROPOSED AGREED PROTECTIVE ORDER

Plaintiff Caselas, LLC and Consolidated Defendants Heartland Payment Systems and Barksdale Federal Credit Union (collectively the "Parties") respectfully submit the attached Proposed Agreed Protective Order for entry in these consolidated cases. The attached Proposed Order is stipulated by the Parties, and entry is respectfully requested.

The Proposed Order is attached hereto.

//

Dated: August 9, 2022

Respectfully Submitted,

*/s/ M. Scott Fuller*
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
René Vazquez
rvazquez@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400

**ATTORNEYS FOR PLAINTIFF CASELAS, LLC**

*/s/ Benjamin B. Kelly*
John G. Flaim
Texas Bar No. 00785864
E-Mail: john.flaim@bakermckenzie.com
Benjamin B. Kelly
Texas Bar No. 24055765
E-Mail: ben.kelly@bakermckenzie.com
Aaron R. Lines
Texas Bar No. 24125140
E-Mail: aaron.lines@bakermckenzie.com

BAKER & MCKENZIE LLP
1900 N. Pearl Street, Suite 1500
Dallas, TX 75201
Telephone:  +1 214 978 3000
Facsimile:   +1 214 978 3099

**ATTORNEYS FOR DEFENDANT BARKSDALE FEDERAL CREDIT UNION**

| | |
|---|---|
| Moeka Takagi, Esq.<br>CA Bar No. 333226<br>MTakagi@perkinscoie.com<br><br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone: (650) 838-4300<br>Facsimile: (650) 838-4350 | */s/ William J. McCabe*<br>William J. McCabe, Esq.<br>NY Bar No. 2258085<br>wmccabe@perkinscoie.com<br>Matthew A. Lembo, Esq.<br>NY Bar No. 5801741<br>*Application for Admission Forthcoming*<br>mlembo@perkinscoie.com<br><br>**PERKINS COIE LLP**<br>1155 Avenue of the Americas, 22nd floor<br>New York, NY 10036<br>Telephone: (212) 262-6900<br>Facsimile: (212) 977-1649<br><br>Jose C. Villarreal, Esq.<br>TX Bar No. 24003113<br>jvillarreal@perkinscoie.com<br><br>**PERKINS COIE LLP**<br>405 Colorado Street, Suite 1700<br>Austin, TX 78701<br>Telephone: (737) 256-6100<br>Facsimile: (737) 256-6300<br><br>**ATTORNEYS FOR DEFENDANT HEARTLAND PAYMENT SYSTEMS, LLC** |

## CERTIFICATE OF CONFERENCE

The undersigned confirms that a meet and confer was conducted with opposing counsel, and that opposing counsel agrees with the relief sought herein.

*/s/ M. Scott Fuller*
M. Scott Fuller

## CERTIFICATE OF SERVICE

I certify that on August 9, 2022, I served counsel for Plaintiff by electronically filing the foregoing document with the Clerk of Court using the CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ M. Scott Fuller*
M. Scott Fuller
